## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GILBERT N. FAFORD II,

        Case No. 19-10523

    Plaintiff,               Hon. David M. Lawson

v.

GRAND TRUNK WESTERN
RAILROAD COMPANY, d/b/a CN,

    Defendant.
_____/

### STIPULATION TO ADJOURN DEADLINE TO FACILITATE CASE

Plaintiff Gilbert N. Faford, II and Defendant Grand Trunk Western Railroad Company, by and through their counsel, stipulate as follows:

In light of the Court's previous Order (ECF #59) extending the discovery deadline to September 4, 2020, the parties have scheduled a facilitation with the Hon. James J. Rashid to occur on August 26, 2020. Accordingly, the parties stipulate that the deadline for completion of facilitation with the Hon. James J. Rashid be extended to August 28, 2020.

So stipulated.

/s/ Benjamin J. Wilensky         /s/ Charles H. Russell, III
Counsel for Plaintiff            Counsel for Defendant

Dated: July 16, 2020